UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BRODIE; DANA MEDNICK,

                        Petitioners,

            -against-

WARDEN WILLIAM S. PLILER,

                        Respondent.

1:22-CV-3821 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioners, who are proceeding *pro se*, bring this petition for a writ of *habeas corpus*. To proceed with a petition for a writ of *habeas corpus* in this court, Petitioners must either pay one $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), each submit a completed and signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

      Petitioners submitted the petition without the filing fee or IFP applications. Within 30 days of the date of this order, Petitioners must either pay one $5.00 filing fee or each complete, sign, and submit a separate attached IFP application. If Petitioners submit IFP applications, they should be labeled with docket number 1:22-CV-3821 (LTS). If the Court grants the IFP applications, Petitioners will each be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

      No answer shall be required at this time. If Petitioners comply with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Petitioners fail to comply with this order within the time allowed, this action will be dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 12, 2022
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge