**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH BRODIE, et al.,

                Plaintiffs,

    -against-                                          22 **CIVIL** 3821 (LGS)

**JUDGMENT**

WARDEN WILLIAM S. PLILER,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 29, 2022, since the Government has granted Defendant the relief he requested, Defendant's motion dated November 21, 2022, is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       November 30, 2022

                                                            **RUBY J. KRAJICK**

                                                               _____
                                                                 **Clerk of Court**

                            **BY:**      *K. Mango*

                                                                 _____
                                                                 **Deputy Clerk**